IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JUSTIN STAUFFER,

    Plaintiff,

v.

CITY OF NEWBERG, NATHAN JAMES, BRIAN CASEY, ERIC STONE, PAUL RAPET, CARL BUSSE, CHRIS RASMUSSEN,

    Defendants.

No. 3:17-cv-01295-YY

**ORDER OF DISMISSAL**

On November 16, 2017, Defendant Nathan James filed a Partial Motion to Dismiss [11] Plaintiff Justin Stauffer's first and third claims for relief under the first cause of action stated in the Complaint [1], and each of Plaintiff's claims for relief under the second cause of action. Mr. Stauffer filed a Response [17] on November 30, 2017, indicating he concedes Mr. James's Partial Motion to Dismiss in its entirety. Magistrate Judge Youlee Yim You referred this matter on December 6, 2017 [20].

IT IS HEREBY ORDERED AS FOLLOWS:

Mr. James's Partial Motion to Dismiss is GRANTED. Plaintiff's Fourth Amendment wrongful detention claim (the first claim for relief under the first cause of action), Fourth Amendment unreasonable search and seizure claim (the third claim for relief under the first cause of

///

///

///

Page 2 - **ORDER OF DISMISSAL**

action), and each of the claims under the second cause of action are DISMISSED WITH PREJUDICE as to Mr. James.

DATED this 7th day of December, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge